Exhibit A-3

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| GEORGE MESSIHA and JUAN A. VARGAS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CITRIX SYSTEMS, INC., ROBERT M. CALDERONI, NANCI E. CALDWELL, MURRAY J. DEMO, THOMAS E. HOGAN, MOIRA A. KILCOYNE, ROBERT E. KNOWLING, JR., PETER J. SACRIPANTI, and J. DONALD SHERMAN,<br><br>Defendants. | No. 0:22-cv-62327-RAR |

**SUMMARY NOTICE OF (I) PENDENCY OF CLASS ACTION AND PROPOSED SETTLEMENT; (II) SETTLEMENT FAIRNESS HEARING; AND (III) MOTION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES**

**TO:** All persons and entities who held (of record or beneficially) common stock of Citrix Systems, Inc. ("Citrix") at any time from March 8, 2022, up to and through September 30, 2022, both dates inclusive (the "Class")

**PLEASE READ THIS NOTICE CAREFULLY, AS YOUR RIGHTS WILL BE AFFECTED BY A CLASS ACTION LAWSUIT PENDING IN THIS COURT.**

YOU ARE HEREBY NOTIFIED, pursuant to Rule 23 of the Federal Rules of Civil Procedure and an Order of the United States District Court for the Southern District of Florida, that the above-captioned litigation (the "Action") has been certified as a class action on behalf of the Class, except for certain persons and entities who are excluded from the Class by definition as

1

set forth in the full printed Notice of (I) Pendency of Class Action and Proposed Settlement; (II) Settlement Fairness Hearing; and (III) Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses (the "Notice").

YOU ARE ALSO NOTIFIED that Plaintiffs in the Action have reached a proposed settlement of the Action for $17,500,000 (the "Settlement"), that, if approved, will resolve all claims in the Action.

A hearing will be held on _____ at _____.m., before the Honorable Rodolfo A. Ruiz II at the United States District Court for the Southern District of Florida, Wilkie D. Ferguson, Jr. United States Courthouse, 400 N. Miami Avenue, Miami, FL 33128, in Courtroom 11-2, to determine (i) whether the proposed Settlement should be approved as fair, reasonable, and adequate; (ii) whether the Action should be dismissed with prejudice against Defendants, and the Releases specified and described in the Stipulation and Agreement of Settlement dated July 15, 2024 (and in the Notice) should be granted; (iii) whether the proposed Plan of Allocation should be approved as fair and reasonable; and (iv) whether Class Counsel's application for an award of attorneys' fees and reimbursement of expenses and Plaintiffs' reimbursement for their time and expenses should be approved.  The Court reserves the right to hold the Settlement Hearing telephonically or by other virtual means.

If you are a member of the Class, your rights will be affected by the pending Action and the Settlement, and you may be entitled to share in the Settlement Fund.  If you have not yet received the Notice and Proof of Claim Form ("Claim Form"), you may obtain copies of these documents by contacting the Claims Administrator at info@citrixsystemsmergersettlement.com. Copies of the Notice and Claim Form can also be downloaded from the website maintained by the Claims Administrator, www.citrixsystemsmergersettlement.com.

If you are a member of the Class, in order to be eligible to receive a payment under the proposed Settlement, you must submit a Claim Form to the Claims Administrator *postmarked* no later than _____ or submitted electronically by 11:59 p.m. EST on _____, 2024.  If you are a Class Member and do not submit a proper Claim Form, you will not be eligible to share in the distribution of the net proceeds of the Settlement, but you will nevertheless be bound by any judgments or orders entered by the Court in the Action.

If you are a member of the Class and wish to exclude yourself from the Class, you must submit a request for exclusion such that it is *received* no later than _____ by the Claims Administrator in accordance with the instructions set forth in the Notice.  If you properly exclude yourself from the Class, you will not be bound by any judgments or orders entered by the Court in the Action and you will not be eligible to share in the proceeds of the Settlement.

Any objections to the proposed Settlement, the proposed Plan of Allocation, or Class Counsel's motion for attorneys' fees and reimbursement of expenses and reimbursement to Plaintiffs, must be filed with the Clerk of the Court and delivered to Class Counsel and Defendants' Counsel such that they are *received* no later than _____:

| **Clerk's Office** | **Class Counsel** | **Defendants' Counsel** |
|---|---|---|
| United States District Court for the Southern District of Florida Clerk of the Court 400 North Miami Avenue, Room 8N09 Miami, FL 33128 | Pomerantz LLP Jeremy A. Lieberman, Esq. 600 Third Avenue, 20th Floor New York, NY 10016-1917<br><br>Wohl & Fruchter LLP Joshua E. Fruchter 25 Robert Pitt Drive, Suite 209G Monsey, NY 10952 | Trenam, Kemker, Scharf, Barkin, Frye, O'Neill & Mullis, P.A. Amy L. Drushal 101 Kennedy Blvd., Ste 2700 Tampa, FL 33602<br><br>Goodwin Procter LLP Deborah S. Birnbach 100 Northern Avenue Boston, MA 02210 |

3

**Please do not contact the Court, the Clerk's office, Citrix, or its counsel regarding this notice. All questions about this notice, the proposed Settlement, or your eligibility to participate in the Settlement should be directed to Class Counsel or the Claims Administrator.**

Inquiries, other than requests for the Notice and Claim Form, should be made to Lead Counsel:

POMERANTZ LLP
Jeremy Lieberman, Esq.
600 Third Ave., 20th Floor
New York, NY 10016-1917
Telephone: 212-661-1100
jalieberman@pomlaw.com

WOHL & FRUCHTER LLP
Joshua E. Fruchter
25 Robert Pitt Drive, Suite 209G
Monsey, NY 10952
Telephone: (845) 290-6818
jfruchter@wohlfruchter.com

Requests for the Notice and Claim Form should be made to:

Juan A. Vargas v. Citrix Systems, Inc.
c/o JND Legal Administration
PO Box 91498
Seattle, WA 98111
855-680-2526
www.citrixsystemsmergersettlement.com

By Order of the Court